IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QIU-YUN ZHANG, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TV BRANDS DIRECT , INC., et al.,<br><br>Defendants. | Case No. 1:18-cv-07688-VSB<br><br>Judge Vernon S. Broderick<br><br><br><br>NOTICE OF DISMISSAL<br>WITH PREJUDICE |

Plaintiff Qiu-Yun Zhang, by her counsel and pursuant to Federal Civil Rule 41(a)(1)(A)(ii), hereby gives notice of her dismissal of this action against all Defendants, with prejudice, each party to bear his/her/its own costs.

/s/Mark Schlachet
Mark Schlachet
Law Offices of Mark Schlachet
3515 Severn Road
Cleveland, Ohio 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
markschlachet@me.com

*Attorney for Plaintiff and the Class*

1